

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00531-CR

| | | |
|---|---|---|
| David Everett Stevens | § | From the 89th District Court |
| | § | of Wichita County (52,590-C) |
| v. | § | September 18, 2014 |
| | § | Opinion by Justice David Chew |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ David Chew_____